IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 124,958

In the Matter of DAVID S. WHINERY,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On July 15, 2022, the court suspended David S. Whinery from the practice of law in the state of Kansas for a one-year period after a majority of the court found by clear and convincing evidence that Whinery's conduct violated Kansas Rules of Professional Conduct 1.2 (2021 Kan. S. Ct. R. 323) (scope of representation), 1.3 (2021 Kan. S. Ct. R. 325) (diligence), 8.4(d) (2021 Kan. S. Ct. R. 427) (conduct prejudicial to the administration of justice), and 8.4(g) (conduct that adversely reflects on the lawyer's fitness to practice law). The court stayed imposition of that discipline and placed Whinery on probation for a period of 18 months, subject to specified terms and conditions of his probation plan. See *In re Whinery*, 316 Kan. 119, 128-29, 512 P.3d 1162 (2022).

On March 20, 2025, Whinery filed a motion to be discharged from probation. Whinery attached to this filing his and his supervising attorney's affidavits summarily attesting to Whinery's compliance with all terms of his probation. See Supreme Court Rule 227(g)(1) (2025 Kan. S. Ct. R. at 277) (outlining process for motion to be discharged from probation). The Office of the Disciplinary Administrator (ODA) responded that Whinery has complied with his probation, confirmed Whinery's eligibility to be discharged from probation, and voiced no objection to such discharge.

The court notes the ODA's response, grants Whinery's motion, and orders Whinery fully discharged from probation. Accordingly, this disciplinary proceeding is closed.

1

The court further orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Whinery.

Dated this 24th day of April 2025.